Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>SUBSURFACE ENVIRONMENTAL CORP. aka SUBSURFACE ENVIRONMENTAL dba SUBSURFACE CONSTRUCTION CORP.,<br><br>　　　　　Defendant. | Case No.:  C09-2108 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, the within action against Defendant SUBSURFACE ENVIRONMENTAL CORP. aka SUBSURFACE ENVIRONMENTAL dba

///

///

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-2108 CW**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C09-2108 CW Notice of Voluntary Dismissal 091809.DOC

SUBSURFACE CONSTRUCTION CORP.  Defendant paid the principal owed, and the balance of amounts due was waived by Plaintiffs.  Plaintiffs have not previously filed or dismissed any similar action against Defendant.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 18th day of September, 2009, at San Francisco, California.

>SALTZMAN & JOHNSON
>LAW CORPORATION
>
>
>By:  /S/
>   Muriel B. Kaplan
>   Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice, and all dates herein are vacated.

Date: 10/29/09                              _____
                                             UNITED STATES DISTRICT COURT JUDGE

NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-2108 CW

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C09-2108 CW Notice of Voluntary Dismissal 091809.DOC